UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JAVARIS SMITH, LEONARD DIXON and
ANTHONY COLLIER, individually and on
behalf of all those similarly situated

      Plaintiffs,

v.                                  Case No:  2:12-cv-551-FtM-29DNF

AARONS, INC.,

      Defendant.

_____

**ORDER**

This cause is before the Court on attorney Brett C. Bartlett's Unopposed Motion for Admission Pro Hac Vice (Doc. 12) filed on November 14, 2012, and Jeffrey L. Glaser's Unopposed Motion for Admission Pro Hac Vice (Doc. 13) filed on November 14, 2012. Attorneys Brett C. Bartlett and Jeffrey L. Glaser are requesting that they be permitted to appear specially for the Defendant, Aaron's, Inc.  The Court will allow Brett C. Bartlett and Jeffrey L. Glaser to appear specially.

**IT IS HEREBY ORDERED:**

1) Brett C. Bartlett's Unopposed Motion for Admission Pro Hac Vice (Doc. 12) and Jeffrey L. Glaser's Unopposed Motion for Admission Pro Hac vice (Doc. 13) are hereby **GRANTED**.

2) Unless already completed, within fourteen (14) days from the date of this Order, Attorneys Brett C. Bartlett and Jeffrey L. Glaser shall send to the Clerk's Office, the

application for special admission to practice found on the Middle District of Florida's website

(www.flmd.uscourts.gov) along with the required $10.00 application fee.

3) The Clerk is directed to add Brett C. Bartlett and Jeffrey L. Glaser to the service list.

4) Within fourteen (14) days from the date of this Order, Counsel shall register for

CM/ECF.  Failure to register may cause the Court to revoke its permission to appear specially.

**DONE** and **ORDERED** in Fort Myers, Florida on November 15, 2012.

DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties